# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ashley Primack, | Case No.: 2:23-cv-00359-JAD-BNW |
| Plaintiff | |
| v. | **Remand Order** |
| Taylor Murphy, et al., | [ECF Nos. 5, 13] |
| Defendants | |

Ashley Primack filed this state-law action in Nevada State Court against the driver she alleges was responsible for an accident in which she sustained injuries, the drivers' parents, and Primack's own insurers.  One of those insurers—Progressive Casualty Insurance Company—removed this case to this court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.  Primack argues that because she, the driver, and the driver's parents are all citizens of Nevada, diversity is lacking and this case must be remanded back to state court.[1]  For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 13] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 19, Case No. A-23-865125-C,** and CLOSE THIS CASE.

- Geico's motion to dismiss **[ECF No. 5] is DENIED** without prejudice as moot.

Dated: July 3, 2023

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 13.